Patrick T. Connor, Bar No. 089136
Email: pconnor@deconsel.com
Yan Gershfeld, Bar No. 251375
Email: ygershfeld@deconsel.com
DeCARLO, CONNOR & SHANLEY,
a Professional Corporation
533 S. Fremont Avenue, Ninth Floor
Los Angeles, California  90071-1706
Telephone: (213) 488-4100
Telecopier: (213) 488-4180

Attorneys for Plaintiffs, Carpenters Southwest Administrative Corporation, formerly known as Carpenters Southern California Administrative Corporation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LARRY SHARP, an individual doing business as DISCOUNT CONSTRUCTION<br><br>Defendant(s). | CASE NO. CV 94-7832 DT (Ex)<br><br>[PROPOSED] ORDER FOR RENEWAL OF JUDGMENT |

The judgment debtor, LARRY SHARP, an individual doing business as DISCOUNT CONSTRUCTION, ("DEFENDANT"), having judgment entered against DEFENDANT on July 11, 1996 and renewed on August 21, 2003;

NOW, upon application of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, formerly known as CARPENTERS SOUTHERN CALIFORNIA ADMINISTRATIVE CORPORATION, ("CSAC"), and upon declaration that DEFENDANT has failed to pay the total amount of said judgment; and that DEFENDANT is indebted to CSAC.

///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment against defendant LARRY SHARP, an individual doing business as DISCOUNT CONSTRUCTION be renewed in the amount of $153,235.39, for an audit and that CSAC recover as follows:

| | | | |
|---|---|---|---:|
| a. | Principal | $ | 154,853.47 |
| b. | Judgment interest | $ | 6,424.07 |
| c. | Costs | $ | 0.00 |
| d. | Attorney Fees | $ | 6,855.55 |
| | Subtotal (Judgment as entered) | $ | 168,133.09 |
| e. | Less credits after judgment | $ | 71,622.03 |
| f. | Interest after judgment computed from July 11, 1996 through August 18, 2003 at 5.89% ($15.79 per day) | $ | 43,991.79 |
| g. | Subtotal | $ | 140,502.85 |
| h. | Costs after judgment | $ | 0.00 |
| | Subtotal (Judgment as entered) | $ | 140,502.85 |
| i. | Less credits after renewal of judgment | $ | 0.00 |
| j. | Interest after judgment computed from August 21, 2003 through May 27, 2010 at 1.29% ($5.36 per day) | $ | 12,732.54 |
| | GRAND TOTAL | $ | 153,235.39 |

DATED: 6/03/10         Lori Muraoka
                       Deputy Clerk

Presented by:

DeCARLO, CONNOR & SHANLEY,
A Professional Corporation

BY: *Yan Gershfeld*
YAN GERSHFELD
Attorneys For Judgment Creditor

2